AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

V.

**DONOVAN FITZROY WALKER**
**a/k/a "AL LARRY THOMPSON"**
**DOB: XX/XX/XXXX**
(Name and Address of Defendant)

## CRIMINAL COMPLAINT

**CASE NUMBER:**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __February 28, 2007__ in __WASHINGTON__ county, in the _____ District of __COLUMBIA   and elsewhere__ defendant(s) did, (Track Statutory Language of Offense)

knowingly and willfully, make false statements in the application for a passport with intent to induce or secure the issuance of a passport under the authority of the United States, for his own use, contrary to the laws regulating issuance of passports or the rules prescribed pursuant to such laws

in violation of Title __18__ United States Code, Section(s) __1542__.

I further state that I am __SPECIAL AGENT BRENDAN E. MCCAUGHEY__, and that this complaint is

based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

**Continued on the attached sheet and made a part hereof:**   ☒ Yes   ☐ No

_____
Signature of Complainant
BRENDAN E. MCCAUGHEY
U.S. DEPARTMENT OF STATE
DIPLOMATIC SECURITY SERVICE

Sworn to before me and subscribed in my presence,

_____ at _____Washington, D.C._____
**Date**                                         **City and State**

_____    _____
**Name & Title of Judicial Officer**              **Signature of Judicial Officer**

STATEMENT OF FACTS

On February 28, 2007, the defendant DONOVAN FITZROY WALKER (aka AL LARRY THOMPSON) executed a Form DS-11, Application for a United States Passport, in the Washington Passport Office, 1111 19th Street, N.W., Washington, D.C. In front of a Passport Specialist, an employee of the United States Government who is authorized to accept passport applications, the defendant swore that the statements he made on the Form DS-11 were true and correct. On the Form DS-11, the defendant had stated that he was AL LARRY PHILIP CONGER THOMPSON, born on XX/X/XXXX. The defendant provided pictures of himself, as well as a Virginia Birth Certificate in the name of AL LARRY PHILIP CONGER THOMPSON, and showed a Maryland Driver's License bearing a photograph of DONOVAN FITZROY WALKER and the name of AL LARRY THOMPSON.

On April 30, 2007, Fairfax County Police arrested the defendant for stolen automobile. The defendant identified himself as AL LARRY THOMPSON. While the defendant was still located in the Fairfax County Adult Detention Center, Fairfax County Police talked to the real AL LARRY THOMPSON at his place of employment, Shenandoah's Pride, 5325 Port Royal Road, Springfield, VA. THOMPSON stated that DONOVAN WALKER had stolen his identity documents from his mother's house. Fingerprint record checks revealed that the defendant was in fact DONOVAN FITZROY WALKER, born on XX/XX/XXXX. The defendant admitted to Fairfax County Police that he was in fact DONOVAN FITZROY WALKER, and that he had an active arrest warrant in Montgomery County, MD. The defendant later admitted to Special Agents of the Diplomatic Security Service that he had used the identity of AL LARRY THOMPSON when applying for a United States passport in Washington, D.C., on February 28, 2007, and that he had done so to evade arrest in Montgomery County.

_____
BRENDAN E. MCCAUGHEY
U.S. DEPARTMENT OF STATE
DIPLOMATIC SECURITY SERVICE

SWORN AND SUBSCRIBED BEFORE ME
ON THIS \_\_\_\_ DAY OF JUNE, 2007

_____
U.S. MAGISTRATE JUDGE