AO442(Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**FILED**

OCT 2 2 2007

UNITED STATES OF AMERICA
V.

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

DONOVAN FITZROY WALKER
a/k/a "AL LARRY THOMPSON"

**WARRANT FOR ARREST**

CASE NUMBER 0 7 - 2 6 6 - M - 0 1

To:    The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    DONOVAN FITZROY WALKER a/k/a AL LARRY THOMPSON
                                        Name
and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment    ☐ Information    ☒ Complaint    ☐ Order of Court    ☐ Violation Notice    ☐ Probation Violation Petition

charging him or her with (brief description of offense)

knowingly and willfully, making false statements in the application for a passport with intent to induce or secure the issuance of a passport under the authority of the United States, for his own use, contrary to the laws regulating issuance of passports or the rules prescribed pursuant to such laws,

in violation of Title __18__ United States Code, Section(s) __1542__ .

JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE

Name of Issuing Officer

_Joh. M. F acada_
Signature of Issuing Officer

Title of Issuing Officer

JUN 0 6 2007                        ......... of Columbia
Date and Location

Bail fixed at $ _____    by _____
                                        Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 06/06/2007 | DUSM William Martin | _[signature]_ |
| DATE OF ARREST | Deputy U.S. Marshal | |
| 10/22/2007 | | |

1374391