UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
NOV 16 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Mag. No. 07-266 |
| v. | : | |
| DONOVAN WALKER, | : | VIOLATION: 18 U.S.C. § 1028(a)(4) |
| Defendant. | : | (Fraud in Connection with Identification Documents) |

## INFORMATION

The United States informs the Court:

### COUNT ONE

On or about February 28, 2007, within the District of Columbia, defendant Donovan Walker, did knowingly possess an identification document that was not lawfully issued to him, with the intent to use such document to defraud the United States.

**(Fraud in Connection with Identification Documents**, in violation of Title 18, United States Code, Sections 1028(a)(4))

JEFFREY A. TAYLOR
United States Attorney
D.C. Bar 498-610

By: _____
JEAN W. SEXTON
NJ Bar: 02122-1995
Assistant United States Attorney
United States Attorneys Office
Federal Major Crimes Section
555 4th Street, N.W. (Room 4235)
Washington, D.C. 20530
(202) 305-1419
Jean.Sexton@usdoj.gov