AO 455 (Rev 5/85) Waiver of Indictment

# United States District Court

FILED
NOV 1 6 2007

_for the_ **DISTRICT OF** _Columbia_

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA
V.
Donovan Walker

WAIVER OF INDICTMENT

CASE NUMBER: 07-266 M

I, _Donovan Walker_, the above named defendant, who is accused of

18 U.S.C. § 1028(a)(4)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _Nov. 16, 2007_ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer