UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

NOV 1 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA :
: Mag. No. 07-266
v. :
:
DONOVAN WALKER, :
: VIOLATION: 18 U.S.C. § 1028(a)(4)
Defendant. : (Fraud in Connection with Identification
Documents)

STATEMENT OF THE OFFENSE

The United States, by and through its attorney, the United States Attorney for the District of Columbia, and Defendant, Donovan Walker, hereby submit this Statement of the Offense.

On or about February 28, 2007, defendant Donovan Walker executed a Form DS-11, Application for a United States Passport, in the passport office located at 1111 19th Street, N.W., Washington, D.C. In front of a Passport Specialist, an employee of the United States Government who is authorized to accept passport applications, the defendant swore that the statements he made on the Form DS-11 were true and accurate. On the Form DS-11, the defendant stated that his name was Al Larry Philip Conger Thompson, born on October 8, 1974. The defendant provided pictures of himself, as well as a Commonwealth of Virginia Birth Certificate in the name of Al Larry Philip Conger Thompson, and showed a Maryland Driver's License bearing a photograph of Donovan Fitzroy Walker and the name of Al Larry Thompson.

On or about April 30, 2007, Fairfax County Police arrested the defendant for an unrelated charge and, during the arrest, the defendant identified himself as Al Larry Thompson. The Fairfax County Police spoke to the real Al Larry Thompson, who stated that Donovan Walker, whom he knew, obtained his birth certificate from an individual staying at Mr. Thompson's mother's house. A fingerprint records check revealed that the defendant was in fact Donovan

Fitzroy Walker, born on June 28, 1972. The defendant admitted to Fairfax County Police that he was Donovan Fitzroy Walker and that he had an active arrest warrant in Montgomery County, Maryland, for an unrelated case. The defendant additionally admitted to Special Agents of the Diplomatic Security Service that on February 28, 2007, he had used the identity of Al Larry Thompson when applying for a United States Passport in Washington, D.C., and that he had done so to evade arrest in Montgomery County.

The birth certificate of Al Larry Thompson is an identification document that was made or issued by or under the authority of the Commonwealth of Virginia, was completed with information concerning Mr. Thompson, and is of a type intended or commonly accepted for the purpose of identification of individuals. At all relevant times, the defendant knowingly possessed Mr. Thompson's Commonwealth of Virginia Birth Certificate with the intent that such document would be used to defraud the United States in obtaining a passport.

JEFFREY A. TAYLOR
United States Attorney

By: _____
JEAN W. SEXTON
Assistant United States Attorney
NJ Bar 02122-1995
United States Attorneys Office
Federal Major Crimes Section
555 4th Street, N.W.
Washington, D.C. 20530
(202) 305-1419
Jean.Sexton@usdoj.gov

## DEFENDANT'S ACKNOWLEDGMENT

I have read this Statement of the Offense and have discussed it with my attorney, Dani Jahn, Esquire. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 11/16/07

DONOVAN WALKER
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense, and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 11/16/07

DANI JAHN, ESQUIRE
Assistant Federal Public Defender
Attorney for Defendant Donovan Walker