District Court of The District of Columbia

United States
   V.S               Crim. no. 07-266M-01
Donavan Walker

Letter of Request for Reconsideration
of Sentence - Pursuant to Dis. Ct R. 35

Let This be filed
[signature]
1-15-08.

**FILED**
JAN 15 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Dear Judge Alan Kay

   This Request for Reconsideration is about the over excessive Sentencing of months incarceration and 1 year of supervised probation that I Receive on November 30, 2007 because of a False Criminal Record Documented and other information. Pursuant to my Sentencing Guidelines that were Handed to me by my Attorney no more than ten minutes prior to my Sentencing Which Was't Satisfactory for me. So please Reconsider on Suspending my one year Supervised probation And/or Let me Attend A Drug Rehabilitation Program for At least thirty days And/or Have me pay A Restatution to the District Court I Will be truely Grateful.

         Thank you,
         [signature]